Steven Andrew Whitt Reg# 47663-074
Name and Prisoner/Booking Number

United States Penitentiary Tucson
Place of Confinement

PO Box 24550
Mailing Address

Tucson Arizona 85734
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED ___ LODGED
RECEIVED ___ COPY

APR 10 2023

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Steven Andrew Whitt #47663-074,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Doctor MR Hayden,
(Full Name of Defendant)

(2) Medical Admin - MR Pointer,

(3) SiS Officer Alveres,

(4) Warden MR Gutierrez,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-23-169-TUC-SHR(PSOT)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☒ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: USP Tucson, Tucson, Az

Revised 12/1/20

1

**550/555**

## B. DEFENDANTS

1. Name of first Defendant: MR HAYDEN. The first Defendant is employed as: Head of psychology (Position and Title) at United States Penitentiary Tucson (Institution).

2. Name of second Defendant: MR Pointer. The second Defendant is employed as: Medical Adminstrater (Position and Title) at United States Penitentiary Tucson (Institution).

3. Name of third Defendant: Officer Alveres. The third Defendant is employed as: Sis investagater (Position and Title) at USP Tucson (Institution).

4. Name of fourth Defendant: MR Gutierrez. The fourth Defendant is employed as: The Warden (Position and Title) at USP Tucson (Institution).

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☑ Yes   ☐ No

2. If yes, how many lawsuits have you filed? __1__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: STEVEN Whitt #47643-074 v. COII Sibley and MR Foster
      2. Court and case number: Northern District of Georgia (Atlanta) 1:20-cv-4573 MLB-TQ
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) Still pending

   b. Second prior lawsuit:
      1. Parties: N/A v. N/A
      2. Court and case number: N/A
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)

   c. Third prior lawsuit:
      1. Parties: N/A v. N/A
      2. Court and case number: N/A
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) N/A

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: __8TH adminment__

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I suffer from psychology disorders ive been in Mental Health Treatment since 2008. Sin[ce] arriving at USP Tucson medical has stoped my Mental Health medcation and Refuses to see me. Im housed in the Special Housing Unit where theres post to be a sick call system in place where 5 days a week inmates are post to be seen by medical. I have a very Bad history of self harm when im not on my meds. It was also court ordered by my Judge to under go mental Health treatment while in the BOP. When we 1st Arrive at a USP inmates are post to be seen within 14 days to renew prescriptions for medcines. It took over 90 days to be seen here. Medical Refuse's to see any inmates and this is Cruel and Unusaul punishment and Unaddiquately giving inmates medical care. The medical staff some times 60 days with out passing out daily medcation. Ive been in Special Housing unit Since 12-13-22 and have Requested to see medical via sick call form over 15 teen times today is 3-22-23 and ive still not been seen. I have spoke with MR. Pointer over these medical issues and he refues to do anything about these issues. This is inadequate medical care.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). This is causing futher psychology problems and Mental Health issues and worsing my Condention There's no medical care causing me to live with no mental health treatment or medical treatment.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: **8th Adminment**

2. **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: **Psychology Department**

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I've been under mental Health care since 2008 suffering from Depression Anxity Disorders and on psyc medicain. Since arriveing here at USP Tucson on 7-15-22 I've Requested to see psychology due to mental Health issues im having and psychology department Refuse's to see me. Im Housed in the USP Tucson Special Housing Unit where there is a Mental Health Counsler in the Unit from 8am to 3pm 5 days a week But will only see Transgender inmates or care leval 3 inmates. I have a very well docmented history of self harm and also court ordered to under Go mental Health treatment. my self harm history is so bad my care leavl should have never been droped. I was never told my leavl was droped from 2 to 1. I've Sent requests to psychology telling them im having suicide thoughts they still refuse to see me. my mental health meds where stoped all at once, these meds ive been on over 10 yrs for depression and Anvity. Stoping them all at once is causeing long term health problems for me. I've sent MR Hayden Requests telling him this same stuff he still refuses to see me or fix this problems and is fully awiar of this.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   mental Health condention getting worse causeing more psychology problems

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count II?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: __8TH Adminment__
   __5TH Adminment   6TH Adminment__

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities      ☐ Mail              ☐ Access to the court    ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property         ☐ Exercise of religion   ☐ Retaliation
   ☐ Excessive force by an officer  ☒ Threat to safety  ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On Nov. 4, 2022 I told officer Henry that inmate Jason Reddit had a knife and drugs in his cell. The cell was serched and the drugs and knife where found. I told SIS investgaters that inmate Reddit was threating my life in Return they went to inmate Reddit and ask him if he had a problem with me. In order for SIS to go talk to this inmate this lets him know i told SIS there was a problem. But since i say there is a threat on my life and inmate Reddit says there's no problem, SIS is now trying to force me out of the SHU into the same living unit where inmate Reddit is housed. This is putting my life in danger and the prison staff MR Diaz and SIS know there is a problem and there not doing any thing to intervine between us. Also being forced to live in the SHU and where the same cloths for weeks at a time, No hot water in cell, no cleaning supplys some times its weeks with no shower due to not having hot water. SHU officers are letting our food trays set for hours outside the cells B4 passing them out causing the food to be so cold its uneatable. I have talked to warden Gutierrez and told him all this and he still ingores these problems.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). __Putting my life in danger to the point i maybe killed. Causing mental health issues, Bad hygene, unsafe living condentions, unsanitery living condentions.__

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count III?   ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?   ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking: To be Compensated By MR. Pointer- $250,000⁰⁰ MR. Hayden $250,000⁰⁰ Officer Alveres $250,000⁰⁰ Warden MR Gutierrez Compensated $250,000⁰⁰ And to Be transfered to a B.O.P. facility where i can recive psyc and medical care treatment and housed where theres no threat to my safety.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3-29-23
                DATE

*[Signature]* Steven A Whitt
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6